Filed 7/13/15  P. v. Frye CA2/6

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JAMES EDWARD FRYE,<br><br>    Defendant and Appellant. | 2d Crim. No. B261270<br>(Super. Ct. No. 2013018482)<br>(Ventura County) |

James Edward Frye appeals a judgment following his guilty plea to three counts of committing lewd acts upon a child (Pen. Code, § 288, subd. (a)), felonies.  He was sentenced to an aggregate state prison term of eight years. He appealed.

We appointed counsel to represent Frye on this appeal.  After examination of the record, his counsel filed an opening brief requesting the court to make an independent review under *People v. Wende* (1979) 25 Cal.3d 436.

On May 7, 2015, we advised Frye that he had 30 days within which to personally submit any contentions or issues that he wished us to consider.  No response has been received to this date.  After examination of the record, we are

satisfied that Frye's attorney has fully complied with his responsibilities and that no arguable issues exist.  (*People v. Wende, supra,* 25 Cal.3d at pp. 441, 443.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P.J.

We concur:


YEGAN, J.


PERREN, J.

Patricia Murphy, Judge

Superior Court County of Ventura

_____

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.